**CSD 1159C** [11/15/04]

Name, Address, Telephone No. & I.D. No.

Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Movant

Order Entered on
February 16, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Akiko Koyama Markowitz
                                            Debtor.

**LODGED**

BANKRUPTCY NO. 10-20942-LA7

U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, F.A., its assignees and/or successors in interest,
                                            Movant(s)

RS NO. DRP-1

Akiko Koyama Markowitz, Debtor;
Gerald H. Davis, Chapter 7 Trustee,
                                            Respondent(s)

Date of Hearing: 01/27/11
Time of Hearing: 2:30 p.m.
Name of Judge: Louise DeCarl Adler

## ORDER ON
## CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Notice of Lodgment Docket Entry No. __30__

//

//

//

//

DATED: February 15, 2011

_/s/ Louise DeCarl Adler_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Prober & Raphael, A Law Corporation
(Firm name)

By: /s/ Cassandra J. Richey, Esquire, #155721
    Attorney for ☑ Movant  ☐ Respondent

**CSD 1159C**

CSD 1159C [11/15/04] (Page 2)
ORDER ON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)
DEBTOR: Akiko Koyama Markowitz
CASE NO: 10-20942-LA7
RS NO.: DRP-1

IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, N.A., in connection with the estate's and the debtor's interest in the real property, described as 555 Arthur Avenue, Oceanside, San Diego County, California, and legally described as:

LOT(S) 242 OF MESA MARGARITA UNIT NO. 6, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 6537, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY NOVEMBER 12, 1969.

IT IS FURTHER ORDERED that:
U.S. Bank, N.A. is the current payee/transferee of the obligation owed to Downey Savings and Loan Association, per the assignment by the FDIC to U.S. Bank, N.A., as evidenced by the executed assignment attached to the documentation accompanying the subject Motion for Relief from the Automatic Stay filed on December 28, 2010 and heard on January 27, 2011.

CSD 1159C

*Signed by Judge Louise DeCarl Adler February 15, 2011*